433 A.2d 534

Commonwealth v. Smith, Appellant.

Submitted March 6, 1980.

Raymond R. Smith, for appellant; Michael E. Bortner, submitted a brief on behalf of Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

433 A.2d 534

Commonwealth v. Souchet, Appellant.

Submitted March 11, 1980.

David H. Kubert, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Judgment affirmed.